1  MICHELE BECKWITH
   Acting United States Attorney
2  JESSICA DELANEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**May 06, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT FOR:<br><br>8895 Sharkey Ave, Elk Grove, California | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br>2:25-SW-358 JDP |
|---|---|

15     Upon application of the United States of America for an order authorizing the unsealing of the

16 above-captioned search warrant and accompanying application, affidavit, and related documents,

17     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

18

19 Dated: May 6, 2025

                                          _____
                                          The Honorable Chi Soo Kim
                                          UNITED STATES MAGISTRATE JUDGE